

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Victor Anthony Charles **v.** The State of Texas

Appellate case number:   01-11-00084-CR

Trial court case number: 1258695

Trial court:             183rd District Court of Harris County

Date motion filed:       September 16, 2013

Party filing motion:     Victor Anthony Charles

     It is ordered that the motion for en banc reconsideration is **DENIED.**


Judge's signature: /s/  Michael Massengale
         ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle


Date: October 10, 2013